**ROBERT R. POWELL, ESQ.**
**DENNIS R. INGOLS, ESQ.**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San José Division)

| | |
|---|---|
| GREG BERGEN, et al., | Case No.: 5:09-CV-01090-PVT |
| Plaintiffs, | |
| vs. | EX-PARTE AMENDED PETITION FOR APPROVAL OF MINOR'S COMPROMISE OF CLAIMS |
| COUNTY OF SAN BENITO, et al., | |
| Defendants. | |

**I.    Basis for Ex-Parte Amended Petition**

As mentioned in the original Petition, the passage of time between filing and approval of a Petition for Minors' Compromise of Claims can lead to decreased future payouts to the minor Plaintiffs, due to declining interest rates in the currently floundering economy. That possibility has become a reality in this case.

Ex Parte Amended Petition for
Approval of Minor's Compromise
Bergen v. County of San Benito
U.S. District Court – Northern District
Case No. 5:09-CV-01090-PVT

1

The original Petition amounts were based on quotes that expired April 30th, 2009. The revised quotes, which are set for a purchase date of June 15th, 2009 at the latest, provide for slightly lower payouts to the minor Plaintiffs. The revised quotes (attached hereto as Exhibit A, redacted to conceal the names of the minors, leaving only their initials visible) are attached to the Declaration of Dennis R. Ingols submitted herewith.

## II.     Revised Quote

Due to declining interest rates, the amount of the semi-annual payments that each minor Plaintiff will receive, beginning on his or her 18th birthday, will decrease from $9,200 to $9,130. All other information, as to amounts paid into the annuities, and the overall distribution between adult Plaintiffs and minor Plaintiffs, and attorney's fees payable to Plaintiffs' counsel for representation of the adult and minor Plaintiffs is the same as described in the original Petition and supporting declaration (Docket #5, 5-2, 6 and 6-2), and is incorporated herein by reference.

## VI.     Conclusion

Plaintiffs and their counsel request the Court approve the distribution of proceeds of settlement as set forth in the original Petition and supporting declaration, except as amended herein, without a hearing.

Plaintiffs further ask that, in the event that the Court is not able to rule on this Amended Petition in time for the annuities to be funded by the June 15th deadline, that the Court allow for a margin of 5% change, up or down, in the future payout amounts to be paid to the minor Plaintiffs without requiring additional court filings or hearing in the event that it

Ex Parte Amended Petition for
Approval of Minor's Compromise
Bergen v. County of San Benito
U.S. District Court – Northern District
Case No. 5:09-CV-01090-PVT

again becomes necessary to re-quote the future payments to be received by the minor Plaintiffs.

      Plaintiffs have submitted an amended proposed order in this regard and respectfully request the Court's signature thereon, and filing thereof.

Date: 5/4/09                                                   /S/ Dennis R. Ingols
                                                                   Dennis R. Ingols, Esq.
                                                                   Attorney for Plaintiffs

Ex Parte Amended Petition for
Approval of Minor's Compromise
Bergen v. County of San Benito
U.S. District Court – Northern District
Case No. 5:09-CV-01090-PVT

3