1   ROBERT R. POWELL, ESQ.  CSB#159747
    DENNIS R. INGOLS, ESQ.    CSB#236458
2   LAW OFFICES OF ROBERT R. POWELL
    925 West Hedding Street
3   San Jose, California  95126
    T: 408-553-0200 F: 408-553-0203
4   E: rpowell@rrpassociates.com

5   Attorneys for Plaintiffs

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         (San José Division)

11  GREG BERGEN, et al.,               )  Case No.: 5:09-CV-01090-PVT
                                       )
12              Plaintiffs,            )
                                       )  ORDER GRANTING EX-PARTE
13  vs.                                )  AMENDED PETITION FOR APPROVAL
                                       )  OF MINOR'S COMPROMISE OF CLAIMS
14                                     )
    COUNTY OF SAN BENITO, et al.,      )
15                                     )
                                       )
16              Defendants.            )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
    _____)
20

21      Plaintiffs herein, by and through their counsel, submitted a Petition for Court

22  Approval of Minor's Compromise of Claims ("Petition") on April 14, 2009,

23  pertaining to a settlement that Plaintiffs had reached with the City of Hollister,

24  the County of San Benito, and all employee-defendants of said entities.

25

Order Approving Amended
Petition for Minors' Compromise
Bergen v. County of San Benito
Case No. 5:09-CV-01090-PVT

1

Plaintiffs herein, by and through their counsel, submitted an Amended Petition, which differed from the original Petition only in that the future payouts to be received by the minor Plaintiffs have decreased due to a drop in prevailing interest rates during the period of time the original Petition was pending.

Upon review of the file and consideration of the Petition and Amended Petition, the Declarations of Plaintiffs' counsel and supporting documentation submitted therewith, and the opposition and/or non-opposition of any Defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1.   The minor Plaintiffs' claims against the Defendant City of Hollister, the County of San Benito, and the individually-named employee-defendants of said entities, as compromised pursuant to the terms of the Settlement Agreement and General Release (as described in the Petition), the periodic payment schedule (Exhibit A to the Amended Petition, and to the Declaration of Dennis R. Ingols in Support of the Amended Petition), and the Non-Qualified Assignment and Release (of Periodic Payment Obligation, redacted to protect the minor's privacy - Ex. B to the Declaration of Dennis R. Ingols in Support of the Amended Petition), is approved.

Order Approving Amended
Petition for Minors' Compromise
Bergen v. County of San Benito
Case No. 5:09-CV-01090-PVT

2.    Plaintiffs' counsel may attach the fully-executed, <u>non-redacted</u> settlement documents, including the Settlement Agreement, and Exhibits A and B to the Declaration of Dennis R. Ingols in Support of the Amended Petition, when obtained, to this Order for purposes of submitting same to The Prudential Insurance Company of America, Pruco Assignment Corporation, and/or Ringler Associates.

3.    The Court approves the distribution of attorneys' fees and costs to Plaintiffs' counsel as set forth in the Petition.

4.    The Court approves of the dismissal of all claims, of all Plaintiffs, as against Defendants City of Hollister, the County of San Benito, and the individually-named employee-defendants, and all employees of said entities, with prejudice. Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel.

5.    In the event that the annuities are not fully funded by the time the current rate quote expires on June 15th, 2009, and a new quote must be generated, the parties, The Prudential Insurance Company of America, Pruco Assignment Corporation, and/or Ringler Associates may proceed to execute and fund the re-quoted annuities without need for further order of this Court, so long as the future payments to be received by minor Plaintiffs do not increase or decrease

Order Approving Amended
Petition for Minors' Compromise
Bergen v. County of San Benito
Case No. 5:09-CV-01090-PVT

more than five percent (5%), and all other terms of the structured settlement remain the same (input amounts, dates of future payments, distribution between Plaintiffs and their counsel).

**IT IS SO ORDERED**

Dated:  5/22/2009

HON. PATRICIA V. TRUMBULL
United States District Court Judge

Order Approving Amended
Petition for Minors' Compromise
Bergen v. County of San Benito
Case No. 5:09-CV-01090-PVT

4